AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL MORGAN,<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**

Sep 20 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No.   4:23-mj-71424-MAG

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   April 17, 2022 thourgh April 30, 2022   in the county of   Alameda   in the
Northern   District of   California   , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1704<br>18 U.S.C. § 1708 | Theft of Mail Keys<br>Mail Theft |

Maximum Penalties

18 U.S.C.  § 1704
Maximum Prison: 10 years
Maximum Fine: $250,000
Maximum Supervised Release: 3 years
Special Assessment: $100

18 U.S.C.  § 1708
Maximum Prison: 5 years
Maximum Fine: $250,000
Maximum Supervised Release: 1 year
Special Assessment: $100

This criminal complaint is based on these facts:

See Affidavit of USPIS Inspector Andrew Foss.

☑ Continued on the attached sheet.

/s/ *Andrew Foss*
*Complainant's signature*

USPIS Inspector Andrew Foss
*Printed name and title*

Approved as to form  /s/ *Evan Mateer*
AUSA Evan Mateer

Sworn to before me by telephone.

Date:   9/20/2023

*Judge's signature*

City and state:   Oakland, California

Hon. Kandis A. Westmore, U.S. Magistrate Judge
*Printed name and title*

**<u>AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT</u>**

I, Andrew Foss, a Postal Inspector with the United States Postal Inspection Service ("USPIS") being duly sworn, hereby declare as follows:

**<u>INTRODUCTION</u>**

1.      I make this affidavit in support of an application under Rule 4of the Federal Rules of Criminal Procedure for a criminal complaint and warrant authorizing the arrest of **MICHAEL D. MORGAN (MORGAN)** for violating Title 18, United States Code § 1704, Theft of Mail Keys on or about April 17, 2022; and for violating Title 18, United States Code § 1708, Theft of Mail on or about April 24, 2022, and April 30, 2022, in the Northern District of California.

**<u>SOURCES OF INFORMATION</u>**

2.      This affidavit is submitted for the limited purpose of securing a criminal complaint and arrest warrant.  I have not included every fact known to me concerning this investigation.  Instead, I have set forth only the facts necessary to establish probable cause that the violations of the federal law identified above have occurred.  I base my statements in this affidavit on my training and experience, personal knowledge of the facts and circumstances obtained through my participation in this investigation, and information provided by records and databases.  When conversations and events are referenced, they are often referred to in substance and in relevant part rather than in their entirety of verbatim.  This affidavit also reflects my current understanding of the facts relating to this investigation, but my understanding may change in the future as the investigation proceeds.

**<u>AFFIANT BACKGROUND</u>**

3.      I am a Postal Inspector with the United States Postal Inspection Service, and have been since February 2022.  I am currently assigned to the External Crimes Team in San Francisco, California.  The External Crimes Team investigates postal related crimes including the theft of United States mail and the related crimes of identity theft, check fraud, credit card and bank fraud, as well as burglaries and robberies.

1

4.      Prior to becoming a Postal Inspector, I was a Special Agent with the U.S. Secret Service from 2015 to 2022.  As a federal agent, I received federal law enforcement training in the areas of fraud investigations, counterfeit identification and detection, financial investigations, money laundering, identification and seizure of assets, physical/electronic surveillance, and undercover operations at both the twelve-week Criminal Investigator Training Program at the Federal Law Enforcement Training Center located in Glynco, Georgia, and an eighteen-week U.S. Secret Service Special Agent Training Course at the James J. Rowley Training Center located in Beltsville, Maryland.  During my employment in federal law enforcement, I have participated in criminal investigations related to the unlawful takeover of financial accounts, identity theft, credit card fraud, bank fraud, network intrusions, vehicle burglaries and robberies.

5.      I have also requested the issuance of subpoenas, 2703(d) court orders, authored and executed search warrants, and authored Mutual Legal Assistance Treaty (MLAT) orders.  I have interviewed witnesses and cooperating individuals regarding fraud and robberies.  I have also read official reports of other law enforcement officers and postal inspectors.

6.      My education includes a Bachelor of Arts degree in political science from Trinity College in Hartford, Connecticut.  I have also received a Master of Arts and Doctor of Philosophy from Northern Illinois University in political science.

**APPLICABLE STATUTES**

7.      Title 18 United States Code Section 1708 provides in part that it is violated by a person who "steals, takes, or abstracts, or by fraud or deception obtains, or attempts so to obtain, from or out of any mail, post office, or station thereof, letter box, mail receptacle, or any mail route or other authorized depository for mail matter, or from a letter or mail carrier, any letter, postal card, package, bag, or mail, or abstracts or removes from any such letter, package, bag, or mail, any article or thing contained therein, or secretes, embezzles, or destroys any such letter, postal card, package, bag, or mail, or any article or thing contained therein."

8.      Title 18 United States Code Section 1704 provides in part that it is violated by a person who "steals, purloins, embezzles, or obtains by false pretense any key suited to any lock

2

adopted by the Post Office Department or the Postal Service and in use on any of the mails or bags thereof, or any key to any lock box, lock drawer, or other authorized receptacle for the deposit or delivery of mail matter."

## FACTS ESTABLISHING PROBABLE CAUSE

### Introduction

9.      This investigation is related to multiple crimes against the mail and United States Postal Service (USPS) that were carried out by MORGAN.  Specifically, on April 16 and April 17, 2022, MORGAN was captured on surveillance video breaking into P.O. Boxes/parcel lockers and burglarizing a post office in Discovery Bay, California.  An inventory after the April 17 burglary revealed that two USPS keys were missing.  Morgan was subsequently captured on video surveillance stealing mail from a blue collection box on April 24 and April 30, 2022, likely utilizing the postal key that he stole during the burglary.  On May 12, 2022, USPIS Inspectors executed a search warrant at MORGAN's residence in Stockton California and recovered the missing USPS master keys from his person, together with stolen mail, check washing equipment, and evidence of identity theft.

### Discovery Bay Post Office Burglary – April 17, 2022

10.      On April 16, 2022, at approximately 2:15 AM, a White Male Adult (WMA) entered the Discovery Bay Post Office, located at 3345 Bixler Road, Discovery Bay, CA 94505 and broke into at least one P.O. Box and parcel lockers. [1]  The WMA was wearing a black baseball hat, black hooded sweatshirt, black pants, and black tennis shoes with pink or red stripes.  Below are still photos of the break-in, taken from surveillance video.

---

[1] It should be noted that the camera is approximately 38 minutes fast and shows the WMA entering the building at 2:53 AM, when the actual time is approximately 2:15 AM

3



11.     Then, on April 17, 2022, at approximately 2:22 AM, the same post office was burglarized. [2] Following an alarm activation, the Contra Costa County Sheriff's Office (CCCSO) responded to the scene and observed that a side door of the post office, leading from the P.O. Box lobby to the workroom floor was ajar. They also reported that a safe was open.

12.     Postal Inspectors subsequently determined that while the safe was open, the top four compartments were locked. However, the bottom two compartments did not have locks and a tray where USPS route, Arrow and Modified Arrow Lock (MAL) keys was located.[3] A USPS employee noted there should have been more keys in the tray than were currently present.

13.     Postal Inspectors reviewed surveillance footage and observed that a WMA matching the description of the individual from the previous night, forced entry into the workroom floor by breaking the back door of the parcel lockers and crawling through them.

14.     The WMA entered the lobby with a black North Face jacket, gray pants, and black shoes with the pink or red stripes. He then placed a mask over his face, put gloves on and proceeded to break the back door of the parcel lockers. The WMA is observed on surveillance by the cash registers, on the non-public side of the post office. Below are still photos of the burglary, taken from surveillance video.

---

[2] It should be noted that the camera is approximately 38 minutes fast and shows the WMA entering the building at 3:00 AM, when the actual time is approximately 2:22 AM.
[3] Arrow and MAL keys are used to open specific USPS locks. These locks can be found on items such as USPS blue collection boxes.



15.     Following the burglary, a postal inspector conducted an inventory review of the Arrow and MAL keys maintained at the post office.  He determined that at least two were unaccounted for.

**Discovery Bay Post Office Mail Theft – April 24, 2022 and April 30, 2022**

16.     On April 24, 2022, at approximately 12:30 AM, a white Chevrolet Silverado truck with no front license plate parked next to a blue USPS collection box.  A WMA matching the description of the burglary suspect, wearing a light gray hooded sweatshirt, dark colored shorts, and dark shoes exited the vehicle and used a key to open the two blue collection boxes.  He then removed mail from one  blue collection box, walked to the vehicle and handed mail to a passenger who was sitting in the front passenger seat. The passenger can be described as a heavy-set WMA with a mustache and wearing glasses.  Below are still photos of the mail theft, taken from surveillance video.





17.     An automatic license plate reader (ALPR) search for the area outside of the post office was conducted.  A postal inspector then determined that a matching white Chevrolet Silverado truck bearing California license plate 8U12081 was captured on Bixler Road in close proximity to the post office at approximately 12:29 AM, on April 24, 2022.

18.     A records check showed that California license plate 8U12081 is registered to a 2008 Chevy with R/O Michael D. MORGAN and address located in Manteca, CA 95336.  A law enforcement database check also showed that MORGAN is associated with a second address located in Stockton, CA 95204.



19.     On April 26, 2022, a postal inspector conducted surveillance at the Stockton, CA 95204 address.  There, he observed the white Chevrolet Silverado bearing license plate 8U12081 parked in the driveway. He also saw a heavy-set WMA exit the residence.  He believed the heavy-set WMA was the same one captured on video surveillance in the white Chevy truck, from the blue box theft on April 24, 2022.

20.     On April 30, 2022, surveillance video captured the same individual driving the same truck stealing mail from the same mailbox.  Below is a still photo of the mail theft, taken from surveillance video.

7



21.     On May 6, 2022, a federal search warrant was issued by United States Magistrate Judge Allison Claire, for a search of the property located at the Stockton, CA 95204 address, a search of a white Chevrolet Silverado bearing California license plate 8U12081, and a search of MORGAN's person.

22.     On May 12, 2022, the search warrants were executed by USPIS postal inspectors and San Joaquin's County Sheriff's Office (SJCSO) deputies.  After postal inspectors announced their presence with a warrant and demanded residents open the door, MORGAN fled out the rear of the residence.  He was apprehended by a SJCSO deputy.[4]

23.     During his search, MORGAN's wallet and vehicle keys were located. Connected to the key ring were two USPS postal keys.  A postal inspector confirmed they were the ones stolen from the Discovery Bay Post Office by matching the serial numbers to the post office's inventory.  One of these keys was capable of opening the blue collection boxes outside of the Discovery Bay Post Office.  An image of the keys is reproduced below.

---

[4] Following the search warrant's execution, another resident was arrested pursuant to an active warrant for mail theft, amongst other charges



24.    During the execution of the search warrant, Inspectors also recovered stolen mail, a check washing and processing operation in the garage, access cards, multiple drivers' licenses, and identification cards, two firearms, and ammunition.  Inspectors recovered approximately 215 pieces of stolen mail, checks, access cards, ID's etc. from approximately 125 victims.  This included numerous pieces of stolen mail addressed to Discovery Bay and handwritten identity profiles for victims who had reported to USPIS that mail had been stolen from them. Specifically, one reported that their mail had been stolen directly from the mailbox, at Discovery Bay Post Office, around the time of the mailbox thefts.  Among the checks recovered from Morgan's home was a Bank of Stockton check payable to Skyview Farms dated 4/28/22 for $131,797.10.

25.    Inspectors also observed or recovered the black jacket and black tennis shoes with the pink or red stripes that matched the ones worn by MORGAN during the Discovery Bay burglary and the Adidas hooded sweatshirt that matches the one worn by MORGAN during the USPS blue box theft on April 30.

9

 

## CONCLUSION

26.     Based on the information summarized above, I believe there is probable cause to believe that on or about April 17, 2022, MICHAEL D. MORGAN stole mail keys in violation of Title 18, United States Code § 1704.  Further, based on the above information, I believe there is probable cause to believe that on April 24, 2022 and April 30, 2022, MORGAN stole mail in violation of Title 18, United States Code § 1708 in the Northern District of California.


                    /s/    *Andrew Foss*
                    ANDREW M. FOSS
                    U.S. Postal Inspector
                    U.S. Postal Inspection Service

Sworn to me over the telephone and signed by me pursuant to Fed. R. Crim. P 4.1 and 4(d) on this  20th  day of September, 2023.  This application and warrant are to be filed under seal.



                    HON. KANDIS A. WESTMORE
                    United States Magistrate Judge

10