| | |
|---|---|
| 1 | JODI LINKER |
| | Federal Public Defender |
| 2 | Northern District of California |
| | SAMANTHA JAFFE |
| 3 | Assistant Federal Public Defender |
| | 13th Floor Federal Building - Suite 1350N |
| 4 | 1301 Clay Street |
| | Oakland, CA 94612 |
| 5 | Telephone:   (510) 637-3500 |
| | Facsimile:   (510) 637-3507 |
| 6 | Email:        Samantha_Jaffe@fd.org |

Counsel for Defendant MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.:  4:23–MJ-71424 MAG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING TO NOVEMBER 30, 2023 AND TO EXCLUDE TIME** |
| v. | |
| MICHAEL MORGAN, | |
| Defendant. | Hearing Date:   October 24, 2023 |
| | Hearing Time:   10:30 a.m. |

The above-captioned matter is set on October 24, 2023, at 10:30 a.m. for a status regarding preliminary hearing and arraignment. The parties jointly request that the Court continue this matter to November 30, 2023, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) until November 30, 2023.

Mr. Morgan is charged with mail theft and theft of mail keys. The government produced the first batch of discovery in this case in on September 26, 2023, which involves 22 video files along with reports and photographs. Due to a processing error, that discovery was not viewable by defense counsel until October 16, 2023. Defense counsel therefore needs additional time to review that discovery with Mr. Morgan (who lives out of District). Defense counsel also needs additional time

for pre-indictment negotiations with the government.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties agree also that the failure to grant this continuance would deny counsel for Mr. Morgan the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time between October 24, 2023, through November 30, 2023, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

Dated:   October 16, 2023

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S
SAMANTHA JAFFE
Assistant Federal Public Defender

Dated:   October 16, 2023

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

/S/
EVAN MATEER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MORGAN,<br><br>　　　　Defendant. | **Case No.:**　4:23-MJ-71424 MAG<br><br>**ORDER TO CONTINUE STATUS HEARING** |

　　　Based on the agreement of the parties in the stipulation above, the status hearing regarding preliminary hearing and arraignment presently set for October 24, 2023, at 10:30 a.m., is vacated. This matter is reset to November 30, 2023, at 10:30 a.m.

　　　　　　IT IS SO ORDERED.

Dated:　　　October 16, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　HON. DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

STIPULATION TO CONTINUE STATUS
*MORGAN*, 4:23–mj-71424 MAG